UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC E. MILLER

       Plaintiff,

v.

STATE OF MICHIGAN,

       Defendant.

_____ /

Case No. 26-10506

F. Kay Behm
United States District Judge

## <u>JUDGMENT</u>

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's order dismissing this case, this civil action is **DISMISSED WITHOUT PREJUDICE**.

       **SO ORDERED**.

Date: March 3, 2026

       s/ F. Kay Behm
       F. Kay Behm
       United States District Judge